In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Temporary Administrator of the Estate of and as Executor of EUGENE HIGGINS, Deceased. DANIEL P. COUSTEAU, Respondent, v. UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of EUGENE HIGGINS, Deceased, Appellant.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Bergan, JJ.; Callahan, J., dissents and votes to reverse and dismiss the complaint with leave to replead in *quantum meruit*. [See *post*, p. 1006.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEN FUCHS, Appellant.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATIONAL EXHIBITION COMPANY, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [Polo Grounds, 155th St. & 8th Ave., Borough of Manhattan.] — No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Bergan, JJ.; Callahan and Bergan, JJ., dissent and vote to modify by reinstating the assessments.

APOLLONIA VACCARINO, Respondent, v. AIR MALTA, LTD., Appellant, et al., Defendants. (And seven other actions.)— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Bergan, JJ. [See *post*, p. 986.]